**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10201 (LSS) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that, on January 30, 2017, LMCHH PCP, LLC and Louisiana Medical Center and Heart Hospital, LLC (together, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (collectively, the "First Day Pleadings") at a hearing on **February 3, 2017, at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801:

1. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases [D.I. 2, 1/30/17]

2. Application of the Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Garden City Group, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 2002-1(f) [D.I. 3, 1/30/17]

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

3. Debtors' Motion Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code for an Order (I) Authorizing the Debtors to Continue Use of Cash Management System, (II) Authorizing Waiver of Certain Bank Account and Related Requirements of the Office of the United States Trustee for the District of Delaware, and (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis [D.I. 4, 1/30/17]

4. Motion of the Debtors for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 5, 1/30/17]

5. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Employee Wages and Payroll Taxes, and Insurance Premiums; (B) Authorizing the Debtors to Maintain Their Employee-Related Insurance Programs Postpetition, and Honor Any Prepetition Obligations in Respect Thereof; (C) Authorizing the Debtors to Make Deductions from Employees' Paychecks; (D) Authorizing the Debtors to Continue Workers' Compensation Programs; and (E) Authorizing and Directing Banks and Other Financial Institutions to Honor All Checks and Electronic Payment Requests Made by the Debtors Related to the Foregoing [D.I. 6, 1/30/17]

6. Debtors' Motion for the Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors to Enter Into Postpetition Agreement Outside of the Ordinary Course of Business [D.I. 7, 1/30/17]

7. Motion for Orders (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtor to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 364(c)(1), 364(c)(2), 364(c)(3) and 364(e) and (B) Apply Cash Collateral to Prepetition Secured Claim of DIP Lender Pursuant to 11 U.S.C. § 363(b)(1) and 363(c)(2)(A) and (III) Scheduling Final Hearing [D.I. 8, 1/31/17]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings will be mailed to you subsequent to the Hearing, and are currently available on the Court's website, www.deb.uscourts.gov.  If you would like to receive copies of any of the First Day Pleadings prior to the Hearing, please contact Michelle Smith, Paralegal, at (302) 576-2603 or msmith@ycst.com.  All parties wishing to participate in the Hearing telephonically must make

arrangements with Court Call by telephone at (888) 882-6878 or on the internet at www.courtcall.com.

| | |
|---|---|
| DATED: January 31, 2017 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| | _/s/ Kenneth J. Enos_ |
| | Joel A. Waite (No. 2925) |
| | Kenneth J. Enos (No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | |
| | -and- |
| | |
| | **ALSTON & BIRD LLP** |
| | Grant T. Stein |
| | David A. Wender |
| | Sage M. Sigler |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia  30309-3424 |
| | Telephone:  (404) 881-7000 |
| | Facsimile:  (404) 881-7777 |
| | |
| | *Proposed Attorneys for the Debtors* |