**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10201 (LSS) |
| | ) | |
| | ) | Joint Administration Pending |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 3, 2017, AT 10:00 A.M. (ET)**

**I.    PETITIONS AND RELATED FIRST DAY PLEADINGS**

1. Voluntary Petition Packages

    A.  LMCHH PCP LLC [17-10201]

    B.  Louisiana Medical Center and Heart Hospital, LLC [17-10202]

2. Declaration of Neil F. Luria, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions [D.I. 9, 1/31/17]

**II.   APPLICATIONS AND MOTIONS GOING FORWARD**

3. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases [D.I. 2, 1/30/17]

4. Application of the Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Garden City Group, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 2002-1(f) [D.I. 3, 1/30/17]

5. Debtors' Motion Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code for an Order (I) Authorizing the Debtors to Continue Use of Cash Management System, (II) Authorizing Waiver of Certain Bank Account and Related Requirements of the Office of the United States Trustee for the District of Delaware, and (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis [D.I. 4, 1/30/17]

6. Motion of the Debtors for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

    Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 5, 1/30/17]

7. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Employee Wages and Payroll Taxes, and Insurance Premiums; (B) Authorizing the Debtors to Maintain Their Employee-Related Insurance Programs Postpetition, and Honor Any Prepetition Obligations in Respect Thereof; (C) Authorizing the Debtors to Make Deductions from Employees' Paychecks; (D) Authorizing the Debtors to Continue Workers' Compensation Programs; and (E) Authorizing and Directing Banks and Other Financial Institutions to Honor All Checks and Electronic Payment Requests Made by the Debtors Related to the Foregoing [D.I. 6, 1/30/17]

8. Debtors' Motion for the Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors to Enter Into Postpetition Agreement Outside of the Ordinary Course of Business [D.I. 7, 1/30/17]

9. Motion for Orders (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtor to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 364(c)(1), 364(c)(2), 364(c)(3) and 364(e) and (B) Apply Cash Collateral to Prepetition Secured Claim of DIP Lender Pursuant to 11 U.S.C. § 363(b)(1) and 363(c)(2)(A) and (III) Scheduling Final Hearing [D.I. 8, 1/31/17]

DATED: February 1, 2017  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

    */s/ Kenneth J. Enos*
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**ALSTON & BIRD LLP**
Grant T. Stein
David A. Wender
Sage M. Sigler
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Proposed Attorneys for the Debtors*

01:21489674.1