**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| LMCHH PCP, LLC | : | Case No. 17-10201 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **McKesson Technologies, Inc..**, Attn: Travis Lawrence, 5995 Windward Parkway, Alpharetta, GA 30005, Phone: 404-338-3259.

2. **Medtronic USA, Inc.**, Attn: Bob Zbylicki, 800 53rd Avenue, Northeast MS SLK 27, Columbia Heights, MN 55421-1200, Phone: 763-505-5116.

3. **Barbara Kusnick,** 132 Fortainbleau Drive, Manderville, LA 70471.

4. **Donald D. Dietze, Jr., M.D.**, 29301 N. Dixie Ranch Rd., Lacombe, LA 70445.

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Hannah M. McCollum for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 10, 2017

Attorney assigned to this Case: Hannah McCollum Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joel Waite, Esq., Phone: (302) 571-6600, Fax: (302) 571-0453