**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br><br>**LMCHH PCP LLC, at el.,**[1]<br><br>**DEBTORS** | **CHAPTER 11**<br><br>**CASE NO. 17-10201 (LSS)** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** of the appearance of William H. Patrick, III, Tristan Manthey and Cherie Dessauer Nobles of the firm of Heller, Draper, Patrick, Horn & Dabney, L.L.C., proposed counsel for Official Committee of Unsecured Creditors, who hereby enters an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices, orders, judgments, requests, pleadings, applications, motions, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, e-mail, or otherwise in the captioned case, be given to, and served upon the following:

William H. Patrick, III
Tristan Manthey
Cherie Dessauer Nobles
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
E-mail: wpatrick@hellerdraper.com
E-mail: tmanthey@hellerdraper.com
E-mail: cnobles@hellerdraper.com

[1] The debtors in this case are LMCHH PCP LLC and Louisiana Medical Center and Heart Hospital, LLC.

Dated: February 10, 2017

Respectfully submitted,

*/s/ Tristan Manthey*
William H. Patrick, III LA Bar No. 10359
Tristan Manthey, LA. Bar No. 24539
Cherie Dessauer Nobles, LA Bar No. 30476
**HELLER, DRAPER, PATRICK, HORN & DABNEY, L.LC.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Phone: 504-299-3300 / Fax: 504-299-3399
E-mail: wpatrick@hellerdraper.com
E-mail: tmanthey@hellerdraper.com
E-mail: cnobles@hellerdraper.com
*Proposed Counsel for Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Tristan Manthey, proposed counsel for *Official Committee of Unsecured Creditors* do hereby certify that I caused the above and foregoing *Notice of Appearance and Request for Notices* to be served on February 10, 2017**,** via the Court's ECF Notification System.

*/s/ Tristan Manthey*
Tristan Manthey